## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JARED HAWKINS as Assignee**
**of Blackmon's, Inc.,**

      **Plaintiff,**

**v.**

**CENTURY SURETY COMPANY,**

      **Defendant.**              **Case No. 11-cv-1080-DRH-PMF**


## ORDER

**HERNDON, Chief Judge:**

      Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 33). The Court hereby acknowledges the stipulation and finds that all plaintiff's claims against defendant are dismissed with prejudice. The Clerk is instructed to close the file and enter judgment accordingly.

      **IT IS SO ORDERED.**

      Signed this 22nd day of August, 2012.

Digitally signed by
David R. Herndon
Date: 2012.08.22
14:05:01 -05'00'

      **Chief Judge**
      **United States District Court**