IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JARED HAWKINS, as Assignee
of Blackmon's, Inc.,

    Plaintiff,

-vs-

CENTURY SURETY COMPANY,

    Defendant.                      NO.  11-CV-1080-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court on stipulation of dismissal filed by the parties on August 22, 2012.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 22, 2012, this case is **DISMISSED**  with prejudice.

                                            NANCY J. ROSENSTENGEL,
                                            CLERK OF COURT


                                      BY:      /s/*Sandy Pannier*
                                                   **Deputy Clerk**

Dated: August 22, 2012

David R. Herndon
2012.08.22
16:46:09 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT